**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 3:26cr59/TKW**

**BENJAMIN EUGENE MACK**
______________________________/

## FACTUAL BASIS FOR GUILTY PLEA

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-captioned case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove the defendant is guilty of the counts of the Indictment to which the defendant is pleading guilty. The parties further agree that all of the following facts are true and correct and that not all of the facts known from or related to this investigation are contained in this brief summary.

## STATEMENT OF FACTS

Between on or about June 2023 and on or about October 21, 2025, Defendant Benjamin Eugene Mack willfully conspired with Co-Defendant Arzalea Teshaun McLaughlin, Co-Defendant Roger Cornell Daniels, and others in a conspiracy to distribute controlled substances, including over 500 grams of cocaine and a quantity of cocaine base, commonly known as "crack cocaine." Law enforcement investigation—which included interviews with cooperating sources, physical and



FILED IN OPEN COURT THIS 7.15.26 [handwritten initials]

CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF FL

electronic surveillance, recordings of telephone calls and text messages, and drug seizures from traffic stops and residential search warrants—established that McLaughlin was obtaining cocaine and cocaine base for distribution in the Northern District of Florida. McLaughlin coordinated with Daniels to pick up drugs from Daniel's residence or other locations, and he used Mack's residence and other locations in Okaloosa County, Florida, to store and distribute the drugs.

On or about September 29, 2025, law enforcement executed a federal search warrant for Mack's residence in Crestview, Florida. Agents found and seized approximately 691.9 grams of cocaine (as confirmed by laboratory testing) inside a bag along with a digital scale and a Pyrex dish in Mack's bedroom closet. Recorded telephone calls between McLaughlin, Mack, and others showed the cocaine found and seized from Mack's residence belonged to McLaughlin and that McLaughlin coordinated with Mack to drop off the drugs for storage and pick up certain amounts as needed for distribution.

Mack was previously convicted in the State of Florida of "Aggravated Battery with Great Bodily Harm and With a Weapon," for which he served a term of imprisonment of more than twelve months. Mack agrees this conviction qualifies as a serious violent felony.

## ELEMENTS

The elements of conspiracy, in violation of 21 U.S.C. § 846, as charged in Counts One and Two of the Indictment, are that:

(1) two or more people in some way agreed to try to accomplish a shared and unlawful plan, the object of which was the crime set forth in the Indictment; and

(2) the Defendant knew the unlawful purpose of the plan and willfully joined in it.

The elements of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), the object of the unlawful plan charged in Count One and as charged in Count Three of the Indictment, are that:

(1) the Defendant knowingly possessed a controlled substance;

(2) the Defendant intended to distribute the controlled substance; and

(3) the weight of the controlled substance the Defendant possessed was the amount(s) as alleged in the Indictment.

The elements of unlawful use of a communications facility, in violation of 21 U.S.C. § 843(b), the object of the unlawful plan charged in Count Two of the Indictment, are that:

(1) the Defendant used a communication facility;

(2) the Defendant used the facility while committing or helping to commit a crime under 21 U.S.C. §§ 841 or 846; and

(3) the Defendant acted knowingly and intentionally.

JOHN P. HEEKIN
United States Attorney

JOHN A.G. TERREZZA
Attorney for Defendant

for ALICIA H. FORBES
Assistant United States Attorney

BENJAMIN EUGENE MACK
Defendant

~~6-30-26~~ 7/15/2026
Date

6-30-2026
Date