**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:26-cr-59/TKW-3**

**ROGER CORNELL DANIELS,**

**Defendant.**
_______________________________/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ROGER CORNELL DANIELS**,** to Counts One, Two, and Four of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 6th day of August, 2026.

T. Kent Wetherell II

_______________________________
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**